**Order entered August 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00473-CV

**TIMOTHY JOHN WHALEN AND THE WHALEN LAW FIRM, PLLC, Appellants**

**V.**

**CHARLES WILLIAM JOHNSON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04182**

## ORDER

Two motions are before the Court: (1) Appellee's second motion to extend time to file his brief, and (2) Appellants' motion to deny appellee's second motion to extend time. Appellee seeks a second extension in order to supplement the partial reporter's record.

We **GRANT** appellee's second motion to extend time to file brief and **ORDER** appellee's brief be filed no later than September 12, 2016. TEX. R. APP. P. 34.6(b)(3),(c)(2).

We **DENY** appellants' motion to deny appellee's motion.

/s/  ELIZABETH LANG-MIERS
    JUSTICE